# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:19–cv–08899–FMO–SS

| | |
|---|---|
| Debra Vanderlaan v. Zazzle Inc. et al | Date Filed: 10/16/2019 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 12/09/2019 |
| Referred to: Magistrate Judge Suzanne H. Segal | Jury Demand: Plaintiff |
| Demand: $150,000 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Debra Vanderlaan**  represented by  **Stephen M Doniger**
*an individual*  Doniger Burroughs
603 Rose Avenue
Venice, CA 90291
310–590–1820
Fax: 310–417–3538
Email: stephen@donigerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank Gregory Casella**
Doniger Burroughs
603 Rose Avenue
Venice, CA 90291
310–590–1820
Email: fcasella@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

**Scott A Burroughs**
Doniger Burroughs
603 Rose Avenue
Venice, CA 90291
310–590–1820
Fax: 310–417–3538
Email: scott@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zazzle Inc.**
*a California corporation*
*doing business as*
Zazzle.Com

**Defendant**

**Does**
*1 through 10*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2019 | 1 | COMPLAINT Receipt No: 0973–24614899 – Fee: $400, filed by Plaintiff DEBRA VANDERLAAN. (Attorney Stephen M Doniger added to party DEBRA VANDERLAAN(pty:pla))(Doniger, Stephen) (Entered: 10/16/2019) |
| 10/16/2019 | 2 | CIVIL COVER SHEET filed by Plaintiff DEBRA VANDERLAAN. (Doniger, Stephen) (Entered: 10/16/2019) |
| 10/16/2019 | 3 | CERTIFICATE of Interested Parties filed by Plaintiff DEBRA VANDERLAAN, (Doniger, Stephen) (Entered: 10/16/2019) |
| 10/16/2019 | 4 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by DEBRA VANDERLAAN. (Doniger, Stephen) (Entered: 10/16/2019) |
| 10/16/2019 | 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff DEBRA VANDERLAAN. (Doniger, Stephen) (Entered: 10/16/2019) |
| 10/17/2019 | 6 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge Suzanne H. Segal. (lh) (Entered: 10/17/2019) |
| 10/17/2019 | 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 10/17/2019) |
| 10/17/2019 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Zazzle Inc. (lh) (Entered: 10/17/2019) |
| 10/18/2019 | 9 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY (Entered: 10/18/2019) |
| 10/28/2019 | 10 | MINUTES (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR IMPROPER VENUE by Judge Fernando M. Olguin. IT IS ORDERED that no later than November 4, 2019, plaintiff shall show cause in writing why this action should not be transferred for lack of proper venue. (iv) (Entered: 10/28/2019) |
| 11/04/2019 | 11 | RESPONSE filed by Plaintiff Debra Vanderlaanto Minutes of In Chambers Order/Directive – no proceeding held,, Set/Reset Deadlines, 10 (Doniger, Stephen) (Entered: 11/04/2019) |
| 11/07/2019 | 12 | MINUTES (IN CHAMBERS) ORDER CONTINUING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR IMPROPER VENUE 11 by Judge Fernando M. Olguin. Plaintiff's request for a two–week continuance 11 is granted. No later than November 21, 2019, plaintiff shall show cause in writing why this action should not be transferred for lack of proper venue. (iv) (Entered: 11/08/2019) |
| 12/09/2019 | 13 | ORDER TRANSFERRING CIVIL ACTION by Judge Fernando M. Olguin. IT IS ORDERED THAT the Clerk shall transfer this case forthwith to the United States District Court for the Northern District of California. Case transferred electronically. (MD JS–6. Case Terminated.) (iv) (Entered: 12/11/2019) |
| 12/11/2019 | 14 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (Attachments: # 1 Order) (iv) (Entered: 12/11/2019) |